IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SAYQUAN D. VANCE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INDIANAPOLIS PUBLIC<br>TRANSPORTATION CORPORATION<br>d/b/a INDYGO,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00021-SEB-MJD |

**Acknowledged.**

This action is hereby dismissed with prejudice.

Date: 9/6/2024

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

## JOINT STIPULATION OF DISMISSAL

The parties, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1) hereby stipulate to the dismissal with prejudice of all claims in this action, each party to bear its own attorney fees and costs.

WILSON MELTON, LLC

By: */s/ Shannon L. Melton*
　　Shannon L. Melton, #29380-49
　　Bradley L. Wilson, #21154-49
　　5226 South East Street, Suite A-5
　　Indianapolis, IN  46227
　　*Attorneys for Plaintiff*

FROST BROWN TODD LLP

By: */ s / Anthony W. Overholt*
　　Anthony W. Overholt, #16481-49
　　Toni M. Everton, #23916-49
　　111 Monument Circle, Suite 4500
　　P.O. Box 44961
　　Indianapolis, IN  46244-0961
　　*Attorneys for Defendant*

LR11931.0782474   4869-1556-1184v1